IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
LUIS FERNANDO-GRANADOS,        )
                               )
            Petitioner,        )         8:15CV51
                               )
       v.                      )
                               )
BRIAN GAGE,                    )         ORDER
                               )
            Respondent.        )
_____)
```

This matter is before the Court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) on February 9, 2015. However, petitioner failed to include the $5.00 filing fee. Petitioner must submit the $5.00 fee to the clerk's office.

IT IS ORDERED:

1. Petitioner is directed to submit the $5.00 fee to the clerk's office within 30 days. Failure to do so may result in dismissal of this matter without further notice.

2. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: March 13, 2015: Check for payment.

DATED this 12th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.