IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
LUIS FERNANDO-GRANADOS,      )
                             )
            Petitioner,      )       8:15CV51
                             )
      v.                     )
                             )
BRIAN GAGE,                  )       ORDER AND JUDGMENT
                             )
            Respondent.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Petitioner's habeas corpus petition is dismissed without prejudice to reassertion of a subsequent petition upon authorization by the Eighth Circuit Court of Appeals.

2) The Court will not issue a certificate of appealability in this matter.

DATED this 22nd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court